PROB 12B

United States District Court
for the District of Utah

**Request and Order for Modifying Conditions of Supervision
With Consent of the Offender**
*(Waiver of hearing attached)*

FILED
U.S. DISTRICT COURT
2012 NOV -9 P 1:34
DISTRICT OF UTAH

Name of Offender: **Paul Martinez**   Docket Number: **2:11-CR-00901-001-RTB**
                                      DEPUTY CLERK

Name of Sentencing Judicial Officer:  **Honorable Robert T. Braithwaite**
                                      **U.S. Magistrate Judge**

Date of Original Sentence: **November 10, 2011**

Original Offense:    **Possession of Marijuana (18 U.S.C. § 3607)**
Original Sentence:   **12 Months Probation**

Type of Supervision:  **Probation**           Supervision Began: **November 10, 2011**

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   The defendant shall complete up to <u>100</u> hours of community service in conjunction with monetary payments toward his Court-ordered fines.

## CAUSE

The defendant's current probation term is going to expire on November 9, 2012. The defendant's employment status and pay have made it difficult for him to pay toward his fine. However, the defendant has been working doing community service hours with the hope that the Court would allow his community service in lieu of cash payment. To date, the defendant has completed nearly 100 hours of community service which if converted at $10 per hour, would satisfy his financial obligations. If the Court concurs, the defendant will most likely complete probation successfully and a Petition for Discharge and Expungement will be forthcoming.

                    I declare under penalty of perjury that the foregoing is true and correct.

                                              _____
                                              Anrico Delray
                                              U.S. Probation Officer
                                              Date: November 9, 2012

## THE COURT ORDERS:

[✓] The modification of conditions as noted above
[ ] No action
[ ] Other

*Jena Campbell*
Honorable Robert T. Braithwaite
U.S. Magistrate Judge

Date: 11-9-2012

PROB 49                                                   Paul Martinez
                                                                        2:11-CR-00901-001-RTB

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## PROBATION AND PRETRIAL SERVICES OFFICE

## WAIVER OF RIGHT TO HEARING PRIOR TO MODIFICATION OF CONDITIONS OF SUPERVISION

I have been advised by U.S. Probation Officer Anrico Delray that he has submitted a petition and report to the Court recommending that the Court modify the conditions of my supervision in Case No. 2:11-CR-00901-001-RTB. The modification would be:

    The defendant shall complete up to <u>100</u> hours of community service in conjunction with monetary payments toward his Court-ordered fines.

I understand that should the Court so modify my conditions of supervision, I will be required to abide by the new condition(s) as well as all conditions previously imposed. I also understand the Court may issue a warrant and revoke supervision for a violation of the new condition(s) as well as those conditions previously imposed by the Court. I understand I have a right to a hearing on the petition and to prior notice of the date and time of the hearing. I understand that I have a right to the assistance of counsel at that hearing.

Understanding all of the above, I hereby waive the right to a hearing on the probation officer's petition, and to prior notice of such hearing. I have read or had read to me the above, and I fully understand it. I give full consent to the Court considering and acting upon the probation officer's petition to modify the conditions of my supervision without a hearing. I hereby affirmatively state that I do not request a hearing on said petition.

_Paul Martinez_ (signature)
Paul Martinez

_6/15/2012_
Date

Witness: _Anrico Delray_
            U.S. Probation Officer